**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Nelson Velazquez

                            Plaintiff,

v.                                       Case No.: 1:09−cv−03366
                                          Honorable James B. Zagel

Office of the Illinois Secretary of State, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 1, 2011:

       MINUTE entry before Honorable James B. Zagel:Status hearing held on 6/1/2011.
Motion for summary judgment to be served 8/10/2011. Motion for partial summary
judgment to be served 6/29/2011. Status hearing set for 8/24/2011 at 10:00 AM.Mailed
notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.